# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 21, 2025

Mr. Joshua Scott Goodrich
Lighthouse Litigation
5208 W. Saginaw Highway
Lansing, MI 48917

Mr. Connor Alexander McLaughlin
Hackney Odlum & Dardas
10850 E. Traverse Highway
Suite 4440
Traverse City, MI 49686

Mr. O.G. Joseph Paul Reasons
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

       Re: Case No. 25-1384, *Scott Sedore v. Sirena Landfair, et al*
         Originating Case No. 2:22-cv-10060

Dear Counsel,

 This appeal has been docketed as case number **25-1384** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

 Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **May 5, 2025**. If the appellate filing fee has not been paid, it must be paid by that date as well.

Appellant:   Appearance of Counsel
             Application for Admission to 6th Circuit Bar (if applicable)


Appellee:    Appearance of Counsel
             Application for Admission to 6th Circuit Bar (if applicable)

**$605.00 Appellate Filing Fee or Pauper Motion:**  The district court's grant of pauper status at the beginning of the case does not automatically carry over to the appeal.  A new determination is necessary.  If obligations regarding the appellate filing fee or a motion for pauper status are not met by the **deadline noted above**, the appeal may be dismissed for want of prosecution.

- If pauper status on appeal was never addressed, the appellate filing fee or a motion for pauper status, financial affidavit and six-month prison trust account statement is due in the **district court**.
- If the district court revoked pauper status for the appeal (e.g. certified not in good faith), then the appellate filing fee is due in **district court**, or you may file a motion for pauper status, financial affidavit and six-month prison trust account statement in the **Sixth Circuit**.

Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

>Sincerely yours,
>
>s/Virginia Lee Padgett
>Case Manager
>Direct Dial No. 513-564-7032


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-1384

SCOTT SEDORE

    Plaintiff - Appellant

v.

SIRENA LANDFAIR, RN; ALINDA FLORECK, RN; VICTORIA HALLETTS, RN; MICHIGAN DEPARTMENT OF CORRECTIONS

    Defendants - Appellees