UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __25-1384__

Case Title: __Scott Sedore__ vs. __Sirena Landfair, et al__

List all clients you represent in this appeal:

| Scott Sedore |
|---|

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Joshua S. Goodrich, J.D., LL.M.__   Signature: s/ __Joshua S. Goodrich, J.D., LL.M.__

Firm Name: __Lighthouse Litigation PLLC__

Business Address: __5208 W. Saginaw, HWY 81142__

City/State/Zip: __Lansing, MI 48917__

Telephone Number (Area Code): __269-312-7435__

Email Address: __jsgoodrich@lighthouse-litigation.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17